**Order entered January 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00036-CR

**TOBI LAWAN DOUNLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-56205-Q**

## ORDER

The clerk's record was filed January 17, 2019. Missing from the record is the trial court's charge to the jury on guilt/innocence as well as the trial court's charge to the jury on punishment. *See* TEX. R. APP. P. 34.5(a)(4) (clerk's record must include copies of trial court's charge—guilt/innocence and punishment).

We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's charge to the jury on guilt/innocence and on punishment in the above appeal **WITHIN FOURTEEN DAYS** of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE